tiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William W. Flournoy* for petitioners. *The Attorney General* and *The Solicitor General* for the respondents.

No. 816. FREDERICK J. LISMAN ET AL., PETITIONERS, *v.* MILWAUKEE, LAKE SHORE & WESTERN RAILWAY COMPANY ET AL. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. J. Darlington, Mr. Delos McCurdy* and *Mr. Charles K. Allen* for petitioners. *Mr. Edward M. Hyzer* for respondents.

No. 818. ILLINOIS CENTRAL RAILROAD COMPANY, PETITIONER, *v.* THE UNITED STATES. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Edmund F. Trabue, Mr. J. C. Doolan, Mr. Attilla Cox, Jr.,* and *Mr. Blewett Lee* for petitioner. *The Attorney General* and *The Solicitor General* for respondent

No. 832. ADOLPH KUFFLER, PETITIONER, *v.* HINSDALE, SMITH & COMPANY ET AL. May 3, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Max J. Kohler* for petitioner. *Mr. Benjamin Tuska* for respondents.

No. 821. LUFKIN LAND & LUMBER COMPANY, PETITIONER, *v.* BEAUMONT TIMBER COMPANY, LIMITED. May 17, 1909. Petition for a writ of certiorari to the United States